UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JAMES H. KENION,

        Plaintiff,

v.

ASBURY AUTOMOTIVE OREGON, LLC.,

        Defendant

No. CV04-1465-ST

ORDER ADOPTING FINDINGS
AND RECOMMENDATIONS

**MOSMAN, J.,**

On September 6, 2005, Magistrate Judge Stewart issued Findings and Recommendation in this case recommending defendant's motion for summary judgment be GRANTED (doc. 25). No objections were filed. This court has conducted a *de novo* review, 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b), and ADOPTS the Findings and Recommendation (doc. 31) as its own opinion.

        IT IS SO ORDERED.

DATED:    Portland, Oregon, October 26, 2005.

                        /s/ Michael W. Mosman
                        MICHAEL W. MOSMAN
                        United States District Judge